**Affirmed and Memorandum Opinion and Memorandum Concurring Opinion filed March 28, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00567-CR

---

### EX PARTE CAMREN KEITH JOHNSON, Appellant

---

**On Appeal from the 300th District Court
Brazoria County, Texas
Trial Court Cause No. 97271-CR**

---

## CONCURRING MEMORANDUM OPINION

I respectfully concur. There are no appellate court cases upholding a three-million-dollar bond for murder in the absence of evidence of significant assets showing an ability to obtain the bond. However, in this case, appellant's mother failed to offer complete testimony as to the family's assets. On that basis alone, I concur.

/s/     Tracy Christopher
            Chief Justice

Panel consists of Chief Justice Christopher and Justices Wise and Jewell. Chief Justice Christopher authored a Memorandum Concurring Opinion, which was joined by Justice Jewell.

Do Not Publish — Tex. R. App. P. 47.2(b).